DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEVONTE ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0846

[December 28, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Scott Suskauer, Judge; L.T. Case No. 502021CF005727A.

Devonte Allen, Pahokee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***